

# Fourth Court of Appeals
## San Antonio, Texas

October 26, 2018

No. 04-18-00682-CV

**IN RE** Reina **S.C.**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Marialyn Barnard, Justice
                Patricia O. Alvarez, Justice
                Luz Elena D. Chapa, Justice

      After relator filed her petition for writ of mandamus, this court ordered that the real parties in interest could file a response in this court on or before October 25, 2018. The attorney ad litem for the children, who are real parties in interest, has filed a motion for extension of time, asking for an additional fourteen days in which to file a response. After review, we **GRANT** the motion for extension of time and **ORDER** the attorney ad litem for the children to file a response, if any, **on or before November 8, 2018.**

      We **order** the clerk of this court to serve a copy of this order on all counsel.

PER CURIAM

      It is so **ORDERED** on October, 2018.

ATTESTED TO: _____
                     KEITH E. HOTTLE,
                     Clerk of Court

---

[1] This proceeding arises out of Cause No. 2018-PA-01865, styled *In the Interest of J.J.R.S. and L.J.R.S., Children*, pending in the 37th Judicial District Court, Bexar County, Texas. The Honorable Charles E. Montemayor, Associate Judge, signed the order at issue in this original proceeding.